**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-4825**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

MARK SPEARS,

                              Defendant - Appellant.


───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-98-135)

───────────

Submitted:  May 18, 1999          Decided:  September 23, 1999

───────────

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Peter L. Goldman, Alexandria, Virginia, for Appellant.  Helen F. Fahey, United States Attorney, Alessanndra DeBlasio, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

A jury convicted Mark Spears for assaulting a correctional officer in violation of D.C. Code Ann. § 22-505(a) (1998). Spears was subsequently sentenced to twenty-seven months' imprisonment. On appeal, Smith challenges the sufficiency of the evidence to sustain the jury's verdict and maintains that the district court erred in denying his request to instruct the jury on a lesser-included offense. We have reviewed the record and find no reversible error. Accordingly, we affirm Smith's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED